Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Solano, Daniel

Printed: 02/17/09

Case Number: 07 B 08823
Judge: Hollis, Pamela S
Filed: 5/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 5, 2009
Confirmed: July 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,391.00 |  |
| Secured: |  | 7,902.24 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,859.00 |
| Trustee Fee: |  | 629.76 |
| Other Funds: |  | 0.00 |
| Totals: | 10,391.00 | 10,391.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 1,859.00 | 1,859.00 |
| 2. | Toyota Motor Credit Corporatio | Secured | 13,730.91 | 7,902.24 |
| 3. | ECast Settlement Corp | Unsecured | 635.14 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 5,253.84 | 0.00 |
| 5. | Discover Financial Services | Unsecured | 5,323.08 | 0.00 |
| 6. | B-Real LLC | Unsecured | 5,270.90 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 3,369.75 | 0.00 |
| 8. | B-Real LLC | Unsecured | 2,557.09 | 0.00 |
| 9. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 37,999.71 | $ 9,761.24 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 224.62 |
| 6.5% | 398.54 |
| 6.6% | 6.60 |
|  | $ 629.76 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Solano, Daniel | Case Number: 07 B 08823 |
| | Judge: Hollis, Pamela S |
| Printed: 02/17/09 | Filed: 5/15/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*